```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
192 MORGAN REALTY, LLC,                    Index No: 20-CV-03627
and MORGAN WILLIAMSBURG, LLC,

        Plaintiffs/                        Judge: Kovner
        Counterclaim Defendants,

- against -                                WARRANT FOR ARREST
                                           OF VESSEL
AQUATORIUM, LLC, MORETTI
DESIGNS, LLC and JONATHAN YANEY,
THE VESSEL "SCHAMONCHI",

        Defendants,

and

CLEAR BLUE WATERS PROJECT, LLC
        Intervenor-Defendant/
        Counterclaim Plaintiff.

--------------------------------X

AQUATORIUM, LLC, MORETTI
DESIGNS, LLC and JONATHAN YANEY,

                Defendants.
--------------------------------X
```

To the U.S. Marshal of the Eastern District of New York

**GREETING:**

**WHEREAS**, a verified amended complaint ("Complaint") was filed in the United States District Court for the Eastern District of New York on the 19th day of January, 2022, by Plaintiffs, 192 Morgan Realty, LLC and Morgan Williamsburg, LLC, whose attorney is Jules A. Epstein, asserting an admiralty and maritime claim or clause of action in rem against the vessel Schamonchi (the "Vessel"), more particularly described in said Complaint, together with her engines, boilers, boats, machinery, tackle, fittings and appliances and;

**WHEREAS**, the attorney for Plaintiffs has filed the Complaint for Process in rem against said Vessel requesting the issuance of a warrant for the arrest of the Vessel and for service of a copy of the Complaint and Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel; and

**WHEREAS**, by So Ordered Motion for Issuance of Warrant for Arrest dated August 30, 2022, the District Court (Kovner, J.) directed the Clerk of the Court to issue a warrant for arrest against the subject Vessel; and

**YOU ARE THEREFORE COMMANDED** to forthwith arrest the said Vessel Schamonchi, her engines, boilers, boats, machinery, tackle, fittings and appliances, and to detain the same until the further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Complaint filed herein and this Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel.

And what you shall have done in the premises then and there made due and prompt return, together with this writ.

Dated:     Brooklyn, New York
            9/16  , 2022

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT




                                        s/ Aaron I. Herrera
                                        _____
                                        Clerk - U.S. District Court
                                        Eastern District of New York